IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

DAVID SANDERS                                                                          PLAINTIFF

v.                                                                                  No. 4:15CV6-SA-JMV

LT. WREN, ET AL.                                                                    DEFENDANTS

**ORDER OF DISMISSAL**

The court takes up, *sua sponte*, the dismissal of this cause. On January 15, 2015, the court entered an order requiring the plaintiff to complete and return forms for the expeditious handling of this case. The court cautioned the plaintiff that failure to comply with the order would result in the dismissal of this case without prejudice. Despite this warning, the plaintiff has failed to comply with the court's order, and the deadline for compliance passed on February 14, 2015. This case is therefore **DISMISSED** without prejudice for failure to prosecute and for failure to comply with an order of the court under FED. R. CIV. P. 41(b).

**SO ORDERED**, this, the 12th day of March, 2015.

                                            /s/ Sharion Aycock
                                            **U.S. DISTRICT JUDGE**